**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Ronald DOERRER, Defendant-
Appellant.**

**No. 16-6682**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2016

Decided: July 22, 2016

Ronald Doerrer, Appellant Pro Se. Evan Rikhye, Assistant United States Attorney, Raleigh, North Carolina; Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Doerrer appeals the district court's order denying his motion to quash writ of garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm the marginal order of the district court. United States v. Doerrer, No. 7:14-cr-00013-FL-1 (E.D.N.C. May 9, 2016). Doerrer's motion for injunctive relief pending appeal is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED